

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3d Floor*
*New York, New York 10007*

January 8, 2007

BY HAND
Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

> Re:  Gunther v. Doan, Administrator of GSA,
>      Dkt. No. 07 Civ. 8215 (LAP)

Dear Judge Preska:

    We write regarding the above-referenced action brought by pro se plaintiff Jonathan C. Gunther against Lurita Doan, Administrator, General Services Administration. In his complaint, plaintiff asserts claims arising under Title VII of the Civil Rights Act of 1964, as codified 42 U.S.C. §§ 2000e, et seq. We respectfully request a 30-day extension of the January 17, 2008 deadline for the Government to answer or move in this matter, such that its answer or motion would be due on or before February 19, 2008. This is the Government's second request for an extension of time in this matter. We make this request because the General Services Administration requires additional time to investigate the lengthy allegations underlying plaintiff's complaint. Mr. Gunther has consented to this request.

    Thank you for your consideration of this request.

*So ordered*
*Loretta A. Preska*
*USDJ*
*January 13, 2008*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
for the Southern District of New York

By: _____
ANDREW M. McNEELA
Assistant United States Attorney
Telephone: (212) 637-2741

cc:   <u>BY FEDERAL EXPRESS</u>
Jonathan C. Gunther
<u>Pro se</u> plaintiff
50 West Street, Apt. B5B
Harrison, NY 10528