JONATHAN C. GUNTHER,

        Plaintiff,

-against-

**RULE 16. (e)**
**SETTLEMENT DISCUSSIONS**
07 CIV. 8215 (LAP)

DAVID L. BIBB,
Acting Administrator
General Services Administration

        Defendant.

-----------------------------------X

In response to Judge Preska's order dated May 6, 2008, I (Plaintiff) submit the following update on settlement discussions between Counsel for the Defendant, Assistant United States Attorney, Andrew M. McNeela and myself. On Tuesday, July 15, 2008, Mr. McNeela and I had a telephone conversation to discuss timetables, and during that conversation we had an informal discussion on a settlement. We will meet at Mr. McNeela's office on Chambers Street to discuss a possible settlement on Thursday, August 7, 2008.

Respectfully,

*Jonathan C. Gunther*
Jonathan C. Gunther

7/30/08

*[Handwritten order: Counsel shall report to the court by letter no later than August 11, 2008. So ordered. Loretta A. Preska, U.S. District Judge, S.D.N.Y. August 4, 2008]*