MAILED TO COUNSEL - 8/26

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    ANDREW M. McNEELA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. No.: (212) 637-2741
Fax No.: (212) 637-2750
email: andrew.mcneela@usdoj.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JONATHAN GUNTHER,                           :

          Plaintiff,              :           07 Civ. 8215 (LAP)

       - v. -                                   :           STIPULATION AND ORDER
                                                OF SETTLEMENT AND
LURITA DOAN, Administrator of General  :           DISMISSAL
Services Administration,

                                                   :
          Defendant.
-------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED by and between Jonathan Gunther (the "plaintiff") and Lurtia Doan, Administrator of the General Services Administration (the "defendant"), that the above-entitled action, brought against the defendant pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq. ("Title VII"), shall be resolved as follows:

      1.    This action is hereby dismissed with prejudice and without costs or disbursements or fees as against any party.

      2.    The defendant agrees that, as required by Title VII, it shall not base any future discipline against plaintiff, including, but not limited to, the institution of termination proceedings, on account of any of plaintiff's prior activity with the Equal Employment

Opportunity Commission, including his administrative complaints of discrimination and retaliation, or his filing of the instant action.

3. This Stipulation and Order shall not constitute an admission of liability or fault on the part of the Government, or on the part of plaintiff.

4. The parties understand and agree that this stipulation contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: Harrison, New York
         August 15, 2008

_____
JONATHAN GUNTHER
50 West Street, Apt. B5B
Harrison, New York 10528
Telephone: (914) 835-2168

Dated: New York, New York
         August 19, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the Defendant

The Clerk of the Court Shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.

SO ORDERED: August 25, 2008

By: _____
ANDREW M. McNEELA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2741

_____
Hon. Loretta A. Preska

--2--